## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## WESTERN DIVISION

**ALONZO MCRUNNELS, #110131**                                                                 **PETITIONER**

**VERSUS**                                         **CIVIL ACTION NO. 5:07-cv-3-DCB-MTP**

**WARDEN BYRD**                                                                                **RESPONDENT**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal.  Pursuant to the Memorandum Opinion and Order issued this day, incorporated herein by reference, it is hereby,

ORDERED AND ADJUDGED that this cause be dismissed, without prejudice, for Petitioner's failure to prosecute.

SO ORDERED AND ADJUDGED, this the 29th day of March, 2007.

                                              S/DAVID BRAMLETTE
                                              UNITED STATES DISTRICT JUDGE